ATTACHMENT B

PLEA AGREEMENT

<u>United States v. Diamlemos Shipping Corp.</u>,

DIAMLEMOS SHIPPING CORP. ENVIRONMENTAL MANAGEMENT
SYSTEM/COMPLIANCE PROGRAM

The following standards and requirements for an ENVIRONMENTAL MANAGEMENT SYSTEM/COMPLIANCE PROGRAM ("EMS/CP") have been prepared pursuant to the Plea Agreement between Diamlemos Shipping Corp. (hereinafter "Diamlemos") and the United States Attorney's Office for the Central District of California (hereinafter "USAO") filed in the United States District Court for the Central District of California in <u>United States v. Diamlemos Shipping Corp.</u>  Compliance with all of the standards and requirements of the EMS/CP is an essential term of the Plea Agreement.

The EMS/CP includes various provisions to ensure that all vessels listed in Attachment 1 hereto,[1] which are owned, operated, or managed by Diamlemos comply with all maritime environmental requirements established under applicable international, flag state, and port state law, including, but not limited to, the International Convention for Prevention of Pollution from Ships ("MARPOL"), and all applicable federal and state statutes and regulations including, but not limited to, the Ports and Waterways Safety Act ("PWSA"), the Act to Prevent Pollution from Ships ("APPS"), the Clean Water Act ("CWA") and the Oil Pollution Act ("OPA").

A.  APPLICABILITY/PURPOSE

(1)  This EMS/CP shall cover and apply to all seagoing vessels owned, operated, or managed by Diamlemos that call in the United States as listed in Attachment 1 hereto.  Any vessel, the ownership, operation, and management of which is assumed by Diamlemos and which calls in the United States shall be included within the scope of this plan.  Any vessel removed from the ownership, operation, and management by Diamlemos or which stops calling in the United States shall be excluded from the scope of this plan.  It shall also include all employees of Diamlemos and crew members who serve on vessels it manages.

---

[1]    Subject to modification under Section L, below.

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
1

Attachment B

(2)   The EMS/CP is not intended to replace the ISM Code, or any other applicable international legal requirement or United States statute and regulation.  The purpose of this EMS/CP is to augment the requirements of existing law by increasing inspections and audits of Diamlemos's vessels listed in Attachment 1 hereto, shore side facilities and operations involving said vessels; increase training of all of Diamlemos's personnel involved with said vessels; develop and implement management and engineering controls to better manage, detect and prevent safety and environmental violations; and require periodic reports to the United States Probation Office for the Central District of California, the United States Attorney's Office for the Central District of California, the United States Environmental Protection Agency, Region 9 and the Coast Guard (hereinafter "the United States") to ensure that Diamlemos is following this EMS/CP and that the vessels listed in Attachment 1, hereto, comply with all maritime safety and environmental requirements established under applicable international, flag state, and port state law and all applicable federal and state statutes and regulations and that effective management systems are in place to prevent recurrence of violations.

B. CORPORATE COMPLIANCE MANAGER

(1)   Within sixty (60) days of entry of the Plea Agreement, Diamlemos shall designate a senior corporate officer as Corporate Compliance Manager (hereinafter "Compliance Manager") who shall report directly to the President and/or Managing Director of Diamlemos.  Diamlemos shall provide the name of the Compliance Manager to the United States.  The Compliance Manager shall be responsible for coordinating with the Independent EMS Consultant, as more fully described below, developing and implementing all of the systems required herein, establishing and implementing training programs for the officers and crew of Diamlemos's vessels listed in Attachment 1, ensuring that audits and surveys are carried out as required and ensuring that all documents are properly maintained and that reports are made on a timely basis to the Independent EMS Consultant and the United States.  All reports required under this EMS/CP shall be reviewed by the Compliance Manager and signed under the penalty of perjury.

(2)   Diamlemos shall establish a procedure that requires all officers, crew members and employees, and shore side personnel involved in the management or operation of seagoing vessels of Diamlemos listed in Attachment 1 hereto, to notify the Compliance Manager of any violations of any applicable environmental

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan

requirements and to cooperate fully with the Independent EMS Consultant and the United States in carrying out their auditing and oversight functions required by applicable law and this EMS/CP. Diamlemos agrees to establish a procedure that makes failure to notify the Compliance Manager of any violations of any applicable environmental requirements and failure to cooperate fully with the Classification Societies, the Independent EMS Consultant and the United States in carrying out their auditing and oversight functions required by applicable law and this EMS/CP, grounds for dismissal. Diamlemos agrees not to retaliate against any officer, crew member or employee involved in the management or operation of seagoing vessels listed in Attachment 1 solely for making any such report. Employees or crew members may, however, be dismissed for violation of company environmental policies or applicable environmental rules and laws.

C. INDEPENDENT EMS CONSULTANT AND INITIAL EMS/CP REVIEW

(1) Within thirty (30) days following the District Court's imposition of sentence in United States v. Diamlemos Shipping Corp., Diamlemos shall nominate an Independent EMS Consultant who meets the qualifications below to conduct an Initial EMS/CP Review and Evaluation, and a Report of Findings for all Diamlemos's operations as defined below. The nomination shall be made in writing to the parties identified in Section P below. The United States will notify Diamlemos in writing of its approval or disapproval within thirty (30) days unless additional time for evaluation is requested in writing. The nominee shall be approved if the United States fails to provide notice within that period. The United States approval shall not be unreasonably withheld.

(2) Qualified candidates for the Independent EMS Consultant position must have expertise and competence in the regulatory programs under U.S. and international marine safety and environmental laws, and have expertise and competence in waste stream monitoring and control technologies, with a primary emphasis on engine room operations, used by Diamlemos to achieve and maintain compliance with respect to the seagoing vessels listed in Attachment 1. The Independent EMS Consultant shall also have sufficient expertise and competence to assess whether Diamlemos has an adequate management system in place to assess regulatory compliance, correct non-compliance, and prevent future non-compliance. Diamlemos and the United States acknowledge that the functions of the Independent EMS Consultant may, by mutual agreement, be fulfilled by one or more individuals.

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
3

(3)   The Independent EMS Consultant must not directly own any stock in Diamlemos, their subsidiaries, affiliated business entities (owned wholly or partially by Diamlemos) or any agents of Diamlemos, and must have no other direct financial stake in the outcome of duties conducted pursuant to this Plea Agreement. The Independent EMS Consultant must exercise independent judgment.  Diamlemos and the Independent EMS Consultant shall disclose to the United States any past or existing contractual relationships between them.

(4)   If the United States determines that the proposed Independent EMS Consultant does not meet the qualifications set forth in the previous paragraphs, or that past or existing relationships with the Independent EMS Consultant would affect the Independent EMS Consultant's ability to exercise the independent judgment and discipline required to conduct the EMS/CP review and evaluation, such Independent EMS Consultant shall be disapproved and another Independent EMS Consultant shall be proposed by Diamlemos within thirty (30) days of Diamlemos's receipt of the disapproval.

(5)   The Independent EMS Consultant shall conduct a review and evaluation of Diamlemos's operations (vessel and shore side) involved in the management and/or operation of seagoing vessels listed in Attachment 1, as such operations relate to waste stream issues, with a primary emphasis on engine room operations.  The review and evaluation shall include, but not be limited to pollution control systems (including use, capabilities and condition of the Oil Water Separators on board Diamlemos's vessels listed in Attachment 1 hereto, and accuracy and completeness of Oil Record Books on board those vessels) and management systems and compliance programs as they relate to such issues.  At the conclusion of the Initial EMS/CP Review and Evaluation, but in no event later than one hundred eighty (180) days following selection of the Independent EMS Consultant, the Independent EMS Consultant shall prepare a Report of Findings. If the Independent EMS Consultant believes that additional time is needed to analyze available information, or to gather additional information, or to complete the Report of Findings, Diamlemos may request that the United States grant the Independent EMS Consultant such additional time, as required, which request shall not be unreasonably denied.  If necessary, the United States may grant additional time in 30 day increments for completion of the Report of Findings.  The Report of Findings shall be provided to Diamlemos and the United States.  Based on the Report of Findings, Diamlemos shall develop an EMS/CP Manual.

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan

(See below).

D.  EMS/CP MANUAL

    (1)  Within three months of receiving the Initial EMS/CP
Review and Report of Findings from the Independent EMS
Consultant, Diamlemos shall prepare an EMS/CP Manual, which shall
describe and document the EMS/CP and contain an EMS/CP
implementation schedule for each of the described systems.  For
each of the elements described below, the Manual shall describe
the EMS/CP in detail, by explaining how the activity or program
is or will be (a) established as a formal system or task, and (b)
continuously evaluated and improved.  If Diamlemos believes that
additional time is needed to analyze available information or to
gather additional information to prepare the EMS/CP Manual,
Diamlemos may request that the United States grant them such
additional time as needed to prepare and submit the EMS/CP
Manual, which request shall not be unreasonably denied.  If
necessary, the United States may grant additional time in thirty
(30) day increments for completion of the EMS/CP Manual.

    I. Environmental Policy

    - This policy, upon which the EMS/CP is based, must clearly
communicate Diamlemos's commitment to achieving compliance with
all applicable U.S. and International environmental statutes,
regulations, enforceable agreements, and permits (hereafter,
"environmental requirements"), minimizing risks to the
environment from unplanned waste oil stream releases, and
continual improvement in environmental performance. The policy
also should state management's intent to provide adequate
personnel and other resources for the EMS/CP.

    II. Organization, Personnel, and Oversight of EMS/CP

    - Describes, organizationally, how the EMS/CP is implemented
and maintained.

    - Includes organization charts, as appropriate, that
identify units, line management, and other individuals having
environmental performance, risk reduction, and regulatory
compliance responsibilities.

    - Identifies and defines specific duties, roles,
responsibilities, and authorities of key environmental program
personnel in implementing and sustaining the EMS/CP (e.g., could

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
                                5

include position descriptions and performance standards for all
relevant staff, and excerpts from others having specific
environmental program and regulatory compliance
responsibilities).

    - Includes ongoing means of communicating environmental
issues as they relate to waste stream releases, with a primary
emphasis on vessel engine room operations, and information to all
organization personnel, contractors, and consultants, and for
receiving and addressing their concerns.


    III. Accountability and Responsibility

    - Specifies accountability and environmental
responsibilities of Diamlemos's managers, for environmental
protection and risk reduction measures, assuring compliance,
required reporting to regulatory agencies, and corrective actions
implemented in their area(s) of responsibility.

    - Specifies accountabilities and responsibilities of
Diamlemos's management to adequately supervise the compliance
with environmental and safety requirements by Diamlemos's
employees and contractors, as set forth herein.

    - Describes incentive programs for Diamlemos's managers and
employees to perform in accordance with compliance policies,
standards and procedures.

    - Describes potential legal ramifications for departure from
specified operating procedures.

    - Makes employee compliance with environmental policies and
applicable international and United States laws a positive factor
and failure to comply a negative factor in all evaluations
undertaken for the performance of all its employees, contractors
and consultants.  Ensures that employees, contractors and
consultants are not punished or otherwise suffer negative
consequences for reporting violations of environmental laws,
regulations, or policies.

    - Establishes a process to ensure that Diamlemos's
employees, contractors and consultants accurately report
discharges, spills, environmental incidents and other
environmental performance data.


Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
6

IV.  Environmental Requirements

- Describes process for identifying, interpreting, and effectively communicating environmental requirements, as set forth herein, to affected company personnel, and then ensuring that Diamlemos's activities conform to those requirements (i.e., ongoing compliance monitoring).

- Specifies procedures for prospectively identifying and obtaining information about changes and proposed changes in environmental requirements, as set forth herein, and incorporating those changes into the EMS/CP (i.e., regulatory "change management").

- Establishes and describes process to ensure communication with regulatory agencies enforcing environmental requirements and regulatory compliance.

V. Assessment, Prevention, and Control

- Identifies an ongoing process for assessing operations for purposes of preventing and controlling or minimizing reasonably foreseeable waste stream releases, ensuring environmental protection, and maintaining compliance with statutory and regulatory requirements, with a primary emphasis on vessel engine room operations.  This section shall describe monitoring and measurements, as appropriate, to ensure sustained compliance.  It shall also include identifying operations and waste streams where equipment malfunctions and deterioration, operator errors or deliberate malfeasance, and discharges or emissions may be causing, or may lead to: (1) releases of hazardous waste or other pollutants to the environment, (2) a threat to human health or the environment, or (3) violations of environmental requirements.

- Describes process for identifying operations and activities where documented standard operating practices ("SOPs") are needed to prevent potential violations or unplanned waste stream releases, with a primary emphasis on vessel engine room operations, and defines a uniform process for developing, approving and implementing the SOPs.

- Describes a system for conducting and documenting routine, objective, self-inspections by supervisors and trained staff, especially at locations identified by the process described in (A) above, to check for malfunctions, deterioration, worker adherence to SOPs, unusual situations, and unauthorized releases.

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan

- Describes process for ensuring input of environmental requirements, as set forth herein, or concerns regarding potential operator errors or deliberate malfeasance in planning, design, and operation of ongoing, new, and/or changing buildings, processes, equipment, maintenance activities, and products (i.e., operational "change management").

VI. Environmental Incident and Noncompliance Investigations

- Describes standard procedures and requirements for internal and external reporting of potential violations relating to waste stream release incidents, with a primary emphasis on vessel engine room operations.

- Establishes procedures for investigation, and prompt and appropriate correction of potential violations by Diamlemos's employees, contractors, and consultants.  The investigation process includes root-cause analysis, as appropriate, of identified problems to aid in developing the corrective actions.

- Describes a system for development, tracking, and verification of corrective and preventative actions taken by Diamlemos's employees, contractors, and consultants.

- Implements process for employees, contractors and consultants to notify Diamlemos's management without fear of reprisal regarding environmental compliance issues and concerns, for example, a phone hot-line.

- Each of these procedures shall specify self-testing of such procedures, where practicable.

VII. Environmental Training, Awareness, and Competence

- Identifies specific education and training required for Diamlemos's employees, contractors and crew members, as well as process for documenting, evaluating, and improving training provided.  Such education and training are to cover both shore-side and shipboard personnel involved in handling and/or management of waste streams with respect to the oceangoing vessels listed in Attachment 1.

- Describes program to ensure that Diamlemos's employees, contractors, and consultants are aware of the company's environmental policies and procedures, environmental requirements, and each party's responsibilities within the

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan

EMS/CP.

- Describes program for ensuring that personnel responsible for meeting and maintaining compliance with environmental requirements are competent on the basis of appropriate education, training, and/or experience.

- Describes process for tracking company employee questions about interpretation of environmental regulations.  Such system feedback will provide valuable insight regarding the effectiveness of training and clarity of environmental procedures.

- Identifies training on how to recognize operations and waste streams where equipment malfunctions and deterioration, operator errors or deliberate malfeasance, and discharges or emissions may be causing, or may lead to: (1) releases of hazardous waste or other pollutants to the environment, (2) a threat to human health or the environment, or (3) violations of environmental requirements.

VIII. Environmental Planning and Organizational Decision-Making

- Describes how environmental planning, as it relates to activities set forth herein, will be integrated into organizational decision-making, including plans and decisions on capital improvements, product and process design, training programs, and maintenance activities.

- Requires establishing written targets, objectives, and action plans by at least each operating organizational subunit with environmental responsibilities, as appropriate, including those for contractor operations conducted at the facility, and how specified actions will be tracked and progress reported. Targets and objectives must include actions that reduce the risk of noncompliance with environmental requirements, as such requirements relate to activities set forth herein, and minimizing the potential for unplanned waste stream releases, with a primary emphasis on vessel engine room operations.

IX. Maintenance of Records and Documentation

- Identifies the types of records developed in support of the EMS/CP (including self-audits, third-party audits and reports, audit working papers, and correspondence, including e-

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
9

mails about audits), who maintains them and protocols for responding to inquiries and requests for release of information.

- Specifies the data management systems for any internal waste tracking, environmental data, and hazardous waste determinations.

- Specifies document control procedures.

X. Pollution Prevention Program

- Describes an internal program for preventing, reducing, recycling, reusing, and minimizing waste releases, with a primary emphasis on vessel engine room operations, including procedures to encourage material substitutions.  Also includes mechanisms for identifying candidate materials to be addressed by program and tracking progress.

XI. Continuing Program Evaluation and Improvement

- Describes program for periodic (at least annually) systematic evaluation of the EMS/CP, including incorporating the results of the assessment into program improvements, revisions to the manual, and communicating findings and action plans to affected employees, contractors and consultants.  These evaluations shall include a review of vessel and facility operations and practices related to meeting environmental requirements, as set forth herein.  The manual shall describe how the objectivity of Diamlemos's personnel performing audits or other environmental performance self-assessments will be assured.

- Describes and demonstrates top management commitment to compliance auditing program.

- Ensures adequate resources are provided for compliance auditing program and assigns responsibilities for the compliance auditing program; ensures pre-planning of systematic audits and coordination of audits.

- Describes process that ensures the results of audits are reported to Diamlemos's compliance managers.

(2)  Diamlemos shall submit a proposed final EMS/CP Manual to the Compliance Manager, the Independent EMS Consultant and the United States immediately upon its completion.  The Independent EMS Consultant and the United States shall provide comments on

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan

the proposed EMS/CP Manual within thirty (30) days of receipt
unless additional time for review is requested in writing.
Diamlemos shall submit a supplement to the EMS/CP or a written
response, as appropriate, within thirty (30) days of receipt of
the comments.  The EMS/CP is subject to final approval from the
United States, which approval shall not be unreasonably withheld.

(3)  All elements of the EMS/CP Manual shall be fully
implemented no later than twelve months (12) months following
final approval by the United States.  Upon receipt of final
approval, Diamlemos shall immediately commence implementation of
the EMS/CP in accordance with the schedule contained in the
EMS/CP Manual.  Diamlemos shall submit reports to the designated
representative of the United States beginning no later than one
hundred eighty (180) days following selection of the Independent
EMS Consultant, regarding the status of the development and
implementation of the EMS/CP and the results of the review and
evaluation of Diamlemos's operations or audits conducted pursuant
to the EMS/CP.  These reports shall be made on an annual basis.

E. EMS AUDIT

(1)  Within eighteen (18) months from the date on which the
EMS/CP Manual is fully implemented, but, in no event later than
the end of Diamlemos's probationary term, Diamlemos shall arrange
for, fund, and complete an independent, third-party focused EMS
Audit.  The purpose of the focused EMS Audit shall be to evaluate
the EMS/CP to insure its continuing suitability, adequacy and
effectiveness and to recommend any changes necessary to achieve
the objectives of the program.  The scope of the focused EMS
Audit shall consist solely of a review of shipboard practices,
procedures and policies on three (3) of the vessels listed in
Attachment 1.  The Third-Party Auditor shall choose the three
vessels to be audited in consultation with Diamlemos, taking into
account, among other things, the vessel's itineraries and
availability at a convenient United States port/location.  In the
event the parties cannot in good faith agree to the vessels to be
audited, the Auditor shall make the final selection.  If, at the
time of the focused EMS Audit, Diamlemos is otherwise in
compliance with the existing provisions of the EMS/CP, nothing
contained in the report of the Third-Party Auditor shall be
deemed to constitute a violation of this EMS/CP, or shall be used
by the United States as a basis for alleging a violation of
probation hereunder.  The parties agree that nothing in this
section shall be construed to grant immunity for the violation of
any applicable statute or regulation.

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
11

(2)   The Third-Party Auditor will be certified by the American National Standards Institute-Registration Accreditation Board or will have comparable credentials and experience in performing EMS audits.   Selection of the EMS Auditor is subject to the same conditions identified in Section C above regarding selection of the Independent EMS Consultant.   Selection of the Third-Party Auditor will be approved by the United States.   The United States will notify HFS in writing of its approval or disapproval as expeditiously as possible.   The United States approval shall not be unreasonably withheld.

(3)   The initial report of the Third-Party Auditor shall be submitted simultaneously to the United States and Diamlemos, along with the audit working papers and any correspondence related to the audit, including e-mails.

(4)   The final Audit Report shall present the Audit Findings and shall, at a minimum, contain the following information:

a)   Audit scope, including the time period covered by the audit;

b)   The date(s) the on-site portion of the audit was conducted;

c)   Identification of the audit team members;

d)   Identification of the company representatives and regulatory personnel observing the audit;

e)   The distribution list for the EMS/CP Audit Report;

f)   A summary of the audit process, including any obstacles encountered;

g)   Detailed Audit Findings, including the basis for each finding and the Area of Concern identified;

h)   Identification of any Audit Findings corrected or Areas of Concern addressed during the audit, and a description of the corrective measures and when they were implemented;

i)   Certification by the Independent Third-Party Auditor that the EMS/CP Audit was conducted in accordance with this document and general audit principles.

(5)  Within thirty (30) days from completion of the focused EMS Audit, Diamlemos shall develop and submit to the United States, for review and comment, an Action Plan for expeditiously bringing Diamlemos into full conformance with the EMS/CP Manual. The Action Plan shall include the result of any root cause analysis, specific deliverables, responsibility assignments, and an implementation schedule.  Diamlemos may request that the United States permit a brief extension of the time limit stated above on a case-by-case basis.  Such permission shall not be unreasonably withheld.

(6)  The Action Plan shall be reviewed by the designated representative of the United States who shall provide written comments within thirty (30) days of receipt.  After making any necessary modifications to the Action Plan based on the comments, Diamlemos shall implement the Action Plan in accordance with the schedules set forth therein.  Within thirty (30) days after all items in the Action Plan have been completed, Diamlemos shall submit a written Action Plan Completion Certification to the United States.

F. COMPLIANCE AUDITS

(1)  Beginning no later than twelve (12) months following implementation of the EMS/CP Manual, Diamlemos shall arrange for, fund and complete audits of the Diamlemos fleet management offices and of waste streams of the vessels listed in Attachment 1 hereof, with primary emphasis on vessel engine room operations, to verify compliance with applicable laws and regulations.  The Independent EMS Consultant will determine the location and scheduling of each audit.  The Independent EMS Consultant will have full access to Diamlemos's facilities, records, employees and officers at all times.  Diamlemos shall immediately advise the Independent EMS Consultant of any issues that come to their attention that adversely impacts Diamlemos's compliance with all applicable laws and regulations and the EMS/CP.

(2)  All audits shall be conducted, as practicable under the circumstances, in accordance with the principles set forth in ISO 9000 and ISO 14011, using ISO 14012 as supplemental guidance. The Independent EMS Consultant shall assess conformance with the elements specified above and with the EMS/CP Manual. Designated United States representatives may participate in the compliance audits as observers at the expense of the United States. Diamlemos shall make timely notification to the United States regarding audit scheduling in order that the United States, at

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
13

its own expense may make arrangements for observers to be present.

(3)   The Independent EMS Consultant shall deliver each vessel's and facility's audit report to the Compliance Manager upon completion.  In addition, the Independent EMS Consultant will deliver an Audit Report to the designated representative of the United States within thirty (30) days after the completion of each audit.  If the Independent EMS Consultant believes that additional time is needed to analyze available information or to gather additional information, Diamlemos may request that the United States grant the Independent EMS Consultant such additional time as needed to prepare and submit the Audit Report. If necessary, the United States may grant additional time in thirty (30) day increments for completion of the Audit Report.

(4)   The Audit Report shall present the Audit Findings and shall, at a minimum, contain the following information:

a)   Audit scope, including the time period covered by the audit;

b)   The date(s) the on-site portion of the audit was conducted;

c)   Identification of the audit team members;

d)   Identification of the company representatives and regulatory personnel observing the audit;

e)   The distribution list for the Compliance Audit Report;

f)   A summary of the audit process, including any obstacles encountered;

g)   Detailed Audit Findings, including the basis for each finding and the Area of Concern identified;

h) Identification of any Audit Findings corrected or Areas of Concern addressed during the audit, and a description of the corrective measures and when they were implemented;

i) Certification by the Independent EMS Consultant that the Compliance Audit was conducted in accordance with this document and general audit principles.

(5)  Within sixty (60) days from completion of the
Compliance Audit of a particular facility or vessel, Diamlemos
shall develop and submit to the United States, for review and
comment, an Action Plan for expeditiously bringing Diamlemos into
full conformance with all applicable laws and regulations and the
EMS/CP manual.  The Action Plan shall include the result of any
root cause analysis, specific deliverables, responsibility
assignments, and an implementation schedule.  Diamlemos may
request that the United States permit a brief extension of the
time limit stated above on a case-by-case basis.  Such permission
shall not be unreasonably withheld.

(6)  The Action Plan shall be reviewed by the designated
representative of the United States who shall provide written
comments within thirty (30) days of receipt.  After making any
necessary modifications to the Action Plan based on the comments,
Diamlemos shall implement the Action Plan in accordance with the
schedules set forth therein.  Within thirty (30) days after all
items in the Action Plan have been completed, Diamlemos shall
submit a written Action Plan Completion Certification to the
United States.  If, at the time of the compliance audits,
Diamlemos is otherwise in compliance with the existing provisions
of the EMS/CP, nothing contained in a Compliance Audit Report, or
the Action Plan, or the Action Plan Completion Certification
shall be deemed to constitute a violation of this EMS/CP, or
shall be used by the United States as a basis for alleging a
violation of probation hereunder.  The parties agree that nothing
in this section shall be construed to grant immunity for the
violation of any applicable statute or regulation.

G. NON-COMPLIANCE

This EMS/CP does not in any way release Diamlemos from
complying with any applicable international conventions and
treaties, state or federal statutes and/or regulations, the ISM
Code, or other international maritime safety conventions or
treaties and does not limit imposition of any sanctions,
penalties, or any other actions, available under those
international conventions and treaties, state or federal statutes
and regulations, the ISM Code, or other international maritime
safety conventions or treaties.  The EMS/CP shall be part of the
Plea Agreement and adherence to it will be a condition of
probation.  Failure to comply with any part of this EMS/CP,
(including but not limited to refusal to pay valid charges for
the Independent EMS Consultant and failure to provide the
Independent EMS Consultant access to vessels, facilities,

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
                                15

personnel or documents) shall be a violation of the Plea
Agreement and shall be grounds for the revocation or modification
of Diamlemos's probation.  Should the United States or the United
States Probation Office seek to revoke or modify Diamlemos's
probation based on Diamlemos's refusal to pay valid charges for
the Independent EMS Consultant and/or their failure to provide
the Independent EMS Consultant access to vessels, facilities,
personnel, or documents, and/or as a result of any disagreement
regarding any of the provisions of this EMS/CP, Diamlemos shall
have the right to contest the reasonableness of such revocation.

H. COMPLIANCE MANAGER/MASTER RESPONSIBILITIES

     The Master of any of Diamlemos's vessels listed in
Attachment 1 hereto, with the assistance of the Compliance
Manager, shall ensure that timely reports are made to the United
States Coast Guard of any non-compliant condition of any of
Diamlemos's vessels that calls upon any Port in the United States
or sails into any waters under the jurisdiction of the United
States.  Diamlemos shall establish that enforcement of, and
employee compliance with, the EMS/CP, ISM Code, MARPOL, and all
applicable state and federal safety and environmental statutes
and regulations is an important positive factor and that failure
to comply with such policies, regulations and laws will be a
negative factor in all appropriate personnel evaluations.

I. BOARD OF DIRECTORS

     Diamlemos shall ensure that at least twice yearly, its
Boards of Directors receive and review reports from the
Compliance Manager and any applicable report from the Independent
EMS Consultant concerning the implementation of this EMS/CP
including environmental compliance, Safety Management System
implementation, and manager, officer, and crew training.  Copies
of those portions of the meeting agendas and internal company
reports concerning these items/CP shall be included in the
reports to the designated representative of the United States and
the United States Probation Office for the Central District of
California.

J. TRAINING REQUIREMENTS

     (1)  Any training requirements implemented in accordance
with the EMS/CP Manual discussed above with respect to the
vessels listed in Attachment 1, hereto, shall apply to all
managers, officers, crew members and shore side personnel, as

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
                          16

applicable, whether employees or independent contractors, and
include applicable Safety Management System implementation and
processes, Quality Management Systems, and environmental
compliance and reporting requirements required by international,
flag state, and port state law, including, but not limited to,
and without limitation, the ISM Code, MARPOL (including Oil Water
Separators and Oil Record Book requirements and procedures), and
all applicable federal statutes and regulations including, but
not limited to, and without limitation, PWSA, APPS, and OPA.
Diamlemos shall provide and require refresher training on an
annual basis commencing immediately.  All managers, officers,
employees and crew members hired after this training is offered
shall be trained in these areas prior to reporting to or upon
reporting for duty on any of Diamlemos's vessels or otherwise
managing or supporting such vessel from shore.

        (2)  The Compliance Manager and the Master of each of
Diamlemos's vessels listed in Attachment 1 shall be responsible
for ensuring that all officers and crew members working on any
vessel under their command are trained on the safety,
environmental and reporting requirements of applicable
international, flag state, and port state law, including, but not
limited to, and without limitation, the ISM Code, MARPOL, and all
applicable United States statutes and regulations including, but
not limited to, and without limitation, PWSA, APPS, and OPA, on
at least an annual basis.  Each Master taking over any of
Diamlemos's vessels shall, within seven days of assuming command
of the vessel, ensure that all of the officers and crew under his
command have been trained and are in compliance with the above
requirement.  If any additional training is required, the Master
shall ensure that such training is conducted as soon as
practicable but in no event more than three days after the Master
assumes control of such vessel or whenever there is a change of
crew involving six or more crew members.  In addition, all new
crew members (those who have never worked for Diamlemos) hired to
work on Diamlemos's vessels shall receive training within seven
days of beginning to work on board the vessel.  Diamlemos shall
maintain documentation onboard each of their vessels verifying
that all officers and crew members working on the vessel have
received the required training.  Such documentation shall be made
available to the Independent EMS Consultant and the United States
Coast Guard upon request.

        (3)  The Chief Engineer onboard each of Diamlemos's vessels
listed in Attachment 1 shall prepare independent written
verification that all engine room crew members have received the

training required by this EMS/CP.  All engine room crew members
shall sign and date a statement acknowledging receipt of the
training.  This written verification, together with the signed
acknowledgment, shall be completed semi-annually and maintained
in the engine control room of each vessel.

K. DOCUMENTATION AVAILABLE FOR INSPECTION

    The compliance manager shall ensure that all documentation
required by this EMS/CP is maintained and available for
inspection by the Independent EMS Consultant and the United
States Coast Guard.  The Master of each of Diamlemos's vessels
listed in Attachment 1 hereto, shall maintain on board the
vessel, all records required by international conventions and
treaties including SOLAS, the ISM Code, and MARPOL and applicable
State and Federal statutes and regulations and any additional
documents required under this EMS/CP, such as crew training
records, and will make these records available to the Independent
EMS Consultant and the United States Coast Guard upon request.

L. CHANGES IN OWNERSHIP

    Diamlemos agrees that it will immediately (but in no event
later than 21 days following a change) notify the United States
of any change in name, flag of registry, recognized organization,
ownership or class society of such Diamlemos's vessels listed in
Attachment 1 hereto.  Diamlemos shall also forthwith provide to
the United States the names of any additional vessels that,
during the period of probation, come under the ownership,
control, or management of Diamlemos that are scheduled to call on
ports in the United States. Such vessels shall be added to
Attachment 1.  Diamlemos agrees that this EMS/CP shall remain in
effect for all of the aforesaid vessels regardless of changes in
the vessels' flag of registry, recognized organizations, name, or
class society, so long as the vessels are owned, managed,
operated, or manned by Diamlemos.  Diamlemos shall notify the
United States before any vessel is released from the requirements
of the EMS/CP due to a change in ownership, management or manning
control, or if such vessels cease calling United States ports.

M. SELF-ENFORCEMENT

    Diamlemos further agrees that it will undertake and
implement the necessary procedures to ensure that this EMS/CP is
diligently complied with by the officers and crew of each of
Diamlemos's vessels listed in Attachment 1, as well as by all

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
                            18

shore side employees, managers, and other employees during the
period of probation.

N. REVISIONS/MODIFICATIONS

     The requirements of this EMS/CP, including the dates and
time periods mentioned herein, shall be strictly complied with.
Should Diamlemos be unable to comply with any of the deadlines,
Diamlemos shall immediately notify the designated representative
of the United States in writing of the reason(s) for non-
compliance.

O.  ADDITIONAL RECORD KEEPING REQUIREMENTS

     Beginning immediately following sentencing in this case,
Diamlemos shall require that engine room crew members on board
all vessels listed on Attachment 1 prepare and maintain a
Soundings Log.  If practicable under existing circumstances,
engine room crew members shall be required to sound all waste and
bilge tanks and record the soundings in a log book on a daily
basis.  Each entry in the Soundings Log shall be initialed by the
Chief Engineer verifying that the soundings are accurate.  The
Soundings Log shall be maintained in the engine control room and
made available to the United States Coast Guard upon boarding the
vessel.  All Soundings Logs shall be maintained onboard the
vessel for a period of three years from the date of the final
entry.

P. REPORTS
     All reports, documents and correspondence required under
this EMS/CP to be sent to the United States shall be sent to the
following offices:

1.   U.S. Attorney's Office
     Central District of California
     ATTN: Dorothy C. Kim/Sarah J. Heidel
     United States Courthouse 1300
     312 N. Spring Street
     Los Angeles, CA 90012

2.   Environmental Protection Agency
     ATTN: Special Agent Mark Buenaluz
     Criminal Investigation Division
     600 Wilshire Blvd.
     Suite 900
     Los Angeles, CA 90017

Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
                         19

3. U.S. Coast Guard
ATTN: Captain Paul Wiedenhoeft
Commanding Officer
US Coast Guard
Marine Safety Office
1001 Seaside Avenue, Building 20
San Pedro, CA 90731

4. U.S. Probation Department
United States Courthouse 600
312 N. Spring Street
Los Angeles, CA 90012
(Name to be added)

All reports, documents, notices and correspondence from the United States to Diamlemos concerning this EMS/CP shall be sent to the following offices:

Marc R. Greenberg
Keesal, Young & Logan
400 Oceangate
Long Beach, California 90801-1730

Diamlemos has read this EMS/CP carefully and understands it thoroughly. Diamlemos enters into this EMS/CP knowingly and voluntarily, and therefore agree to abide by its terms. By his/her signature below, the corporate representative agrees that he/she is duly authorized by the corporation's Board of Directors to enter into and comply with all of the provisions of this Plea Agreement.

DATE: 02/27/2008 DIAMLEMOS SHIPPING CORP.

By: ______________________

As counsel for DIAMLEMOS SHIPPING CORP., I have discussed with my corporate client and its duly authorized representative the terms of this EMS/CP and have fully
//
//

explained its requirements.  I have no reason to doubt that my
client is knowingly and voluntarily entering into this EMS/CP.


DATED: _2/10/08_      _____
                      MARC R. GREENBERG
                      Counsel for Defendant
                      Diamlemos Shipping Corp.


On behalf of the United States, the following agree to the terms
of the EMS/CP:


DATED: _3/12/08_      _____
                      DOROTHY C. KIM
                      SARAH J. HEIDEL
                      Assistant U.S. Attorneys


Diamlemos Shipping Corp.
Environmental Management System/Compliance Plan
                      21