```
THOMAS P. O'BRIEN
United States Attorney                    CC:FISCAL
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DOROTHY C. KIM (Cal. Bar No. 206333)
SARAH J. HEIDEL (Cal. Bar No. 209886)
Assistant United States Attorneys
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3779/2451
     Facsimile: (213) 894-6269
     E-Mail: dorothy.kim@usdoj.gov
             sarah.heidel@usdoj.gov

Attorney for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DIAMLEMOS SHIPPING CORP.,<br><br>        Defendant. | CR No. 08-265-GPS<br><br>[~~PROPOSED~~] ORDER AWARDING PORTION OF FINE |

IT IS HEREBY ORDERED that pursuant to the Act to Prevent Pollution from Ships, 33 U.S.C. § 1908(a), (1) $187,500 be awarded to Vicente Joelito Adricula; (2) $93,750 be awarded to Arnolfo Getones Solinap; and (3) $93,750 be awarded to Jose Cubita Casidsid, to be disbursed from the $250,000 fine already paid and the remaining $500,000 to be paid by DIAMLEMOS SHIPPING CORP., to the Clerk's Office of the Central District of California.

1  Regarding the payment of the award, the Clerk's Office is
2  ordered to promptly endorse the following three cashier's checks:
3  (1) $62,500 made payable to Vicente Joelito Adricula; (2) $31,250
4  made payable to Arnolfo Getones Solinap; and (3) $31,250 made
5  payable to Jose Cubita Casidsid.  Then, when defendant pays the
6  remainder of the fine, on or before April 29, 2009, the Clerk's
7  Office is ordered to pay the remainder of the award in the form
8  of three cashier's checks: (1) $125,000 made payable to Vicente
9  Joelito Adricula; (2) $62,500 made payable to Arnolfo Getones
10 Solinap; and (3) $62,500 made payable to Jose Cubita Casidsid.
11 The Clerk's Office is further ordered to transfer custody of such
12 checks to the U.S. Attorney's Office, specifically, Assistant
13 United States Attorneys Dorothy C. Kim and Sarah J. Heidel, who
14 will coordinate with counsel for the three above-named witnesses,
15 Joel Athey, Esq. and Charles Kriendler, Esq., for the
16 disbursement of such payments.

May 14, 2008                        *GEORGE P. SCHIAVELLI*
                                    _____
                                    HONORABLE GEORGE P. SCHIAVELLI
                                    UNITED STATES MAGISTRATE JUDGE